## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| RUSSELL STREETMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-2340-N |
| | ) | |
| CHW GROUP, INC. d/b/a Choice Home Warranty, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, RUSSELL STREETMAN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  October 9, 2018

       Respectfully submitted,
       AGRUSS LAW FIRM, LLC

  By: /s/ Michael Agruss
       Michael Agruss, ARDC No. 6281600
       4809 N. Ravenswood Avenue, Suite 419
       Chicago, IL 60640
       312-224-4695 – office
       312-253-4451 – facsimile
       michael@agrusslawfirm.com
       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 9, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael S. Agruss
Michael S. Agruss, ARDC No. 6281600