## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RUSSELL STREETMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:18-cv-2340-N |
| | ) |
| CHW GROUP, INC. d/b/a Choice Home Warranty, | ) ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, RUSSELL STREETMAN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC. d/b/a Choice Home Warranty.

        Respectfully submitted,
        AGRUSS LAW FIRM, LLC

    By: /s/ Michael Agruss
        Michael Agruss, ARDC No. 6281600
        4809 N. Ravenswood Avenue, Suite 419
        Chicago, IL 60640
        312-224-4695 – office
        312-253-4451 – facsimile
        michael@agrusslawfirm.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  On November 9, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

        By: /s/ Michael S. Agruss
          Michael S. Agruss, ARDC No. 6281600